## United States Bankruptcy Court
## Central District Of California

| In re:<br>Young W Chun<br>aka Yong Wook Chun | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 2:15−bk−25608 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases (Information required by LBR 1015−2 (LBR Form F 1015−2.1))
☑ Notice of Available Chapters signed by Debtor(s). (Official Form B201) [11 U.S.C. § 342(b); Court Manual, section 2−1]
☑ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☑ Debtor's Certification of Employment Income (Local Form)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

      Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

      255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: October 9, 2015

**By: Vera Serrano**
**Deputy Clerk**